

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00276-CV

| | | |
|---|---|---|
| Russell H. Sitton, Jr., Individually and as Representative of the Estate of Russell H. Sitton, Sr., Deceased | § | From the 141st District Court |
| | § | of Tarrant County (141-268081-13) |
| v. | | |
| | § | October 16, 2014 |
| Azle Manor Health Care & Rehabilitation, L.L.L.P. d/b/a Azle Manor Health Care & Rehabilitation | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM